Opinion filed May 22, 2008











 
 
  
 
 







 
 
  
 
 




Opinion filed May 22, 2008

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                 ____________

 

                                                          No. 11-08-00122-CV

                                                    __________

 

                              CAROL JOHNENE MORRIS, Appellant

 

                                                             V.

 

                                     JEB
HUGHES ET AL, Appellees

 



 

                                  On
Appeal from the County Court at Law No. 2

 

                                                        Midland
County, Texas

 

                                                Trial
Court Cause No. CC 14303

 



 

                                              M
E M O R A N D U M   O P I N I O N

Carol
Johnene Morris filed a pro se appeal challenging an order rescinding a prior
order that had granted an extension of time to Morris to respond to requests for
admission.  We dismiss for want of jurisdiction pursuant to Tex. R. App. P. 42.3.








After
receiving the notice of appeal, the clerk of this court wrote Morris directing
her to respond showing grounds for continuing her appeal.  Morris has responded
by filing a response in which she details some background facts and various
rulings and proceedings in the trial court.  Unless specifically authorized by
statute, appeals may be taken only from final judgments.  Tex.
A & M Univ. Sys. v. Koseoglu, 233 S.W.3d 835, 840-41 (Tex.
2007); Lehmann v. Har‑Con Corp., 39 S.W.3d 191 (Tex. 2001). 
Morris has not established why the order she is challenging is appealable at
this time.

The
appeal is dismissed for want of jurisdiction.

 

 

PER CURIAM

 

May 22, 2008

Panel consists of:  Wright, C.J.,

McCall, J., and
Strange, J.